UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST, and WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS, and its affiliated Union Locals<br><br>Plaintiffs<br><br>v.<br><br>GREAT BASIN ENVIRONMENTAL, INC., an Oregon Corporation<br><br>Defendant | NO.<br><br>COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT |

COME NOW PLAINTIFFS, and for their cause of action, allege as follows:

1. Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, and Northwest Laborers-Employers Training Trust (Trusts) are joint labor-management employee benefit trusts created pursuant to § 302(c)(5) of the Labor-Management Relations Act (the Act), 29 U.S.C. § 186(c)(5) and bring this action in accordance with §§ 502(d)(1), 502(a)(3) and 515 of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, et seq.

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—1

Law Offices of
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805

2. Plaintiff Washington and Northern Idaho District Council of Laborers and its affiliated Union Locals (Union) is a labor organization that has its principal office located at 3909 164th Street SW, Lynnwood, Washington.

3. Defendant Great Basin Environmental, Inc. (Employer) is engaged in business within the jurisdiction of this Court, and such business affects commerce within the meaning of § 301(a) of the Act, 29 U.S.C. § 185(a).

4. Jurisdiction is conferred on this Court by § 301(a) of the Act, 29 U.S.C. § 185(a) and §§ 502(a)(3) and 502(e)(2) of ERISA, 29 U.S.C. § 1132(a)(3) and § 1132(e)(2).

5. At all times material the Employer and the Union and its affiliated Local 440 were parties to a collective bargaining agreement (Labor Agreement) and Trust agreements, material parts of which are attached to this Complaint as Exhibits A and B, respectively.  Plaintiff Trusts are third-party beneficiaries to the Labor Agreement.

6. The Employer has failed to abide by the terms and conditions set forth in the Labor Agreement and Trust Agreements, and is and continues to be delinquent in the payment of fringe benefit contributions, dues, and other wage deductions in the known amount of $25,964.06 for the period July 2009 through February 2010.  As a result of this delinquency, the Employer also owes liquidated damages of $3,251.81, interest of $10,733.44, and auditor fees of $953.14.  The total known amount owing as of the filing of this Complaint is $40,902.45, all of which is due and payable under the terms of the Labor Agreement and Trust Agreements.  The Employer's failure to pay is also a violation of § 515 of ERISA, 29 U.S.C. § 1145.

7. Under the terms of the Labor Agreement and Trust Agreements to which the Employer is bound, the Employer is also obligated to pay all liquidated damages in the amount of 15 percent

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—2

Law Offices of
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805

(15%) of the delinquent contributions owing, interest computed at the rate of 15 percent (15%) per annum, and costs and expenses incurred, including reasonable attorney fees.

8. If judgment is entered by default, a reasonable attorney fees as of the date of this Complaint is $1,025.00.

WHEREFORE, Plaintiffs pray for the following relief:

(a) Judgment against Defendant Great Basin Environmental, Inc. for the period July 2009 through February 2010, fringe benefit contributions and wage deductions of $25,964.06, liquidated damages of $3,251.81, interest of $10,733.44, and auditor fees of $953.14;

(b) All costs and attorney's fees incurred; and

(c) Such other relief as the Court deems just and equitable.

DATED March 25, 2013

/s Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiff Trusts and Union
Law Offices of Mary L. Stoll, PLLC
2033 6th Avenue, Suite 993
Seattle WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—3

Law Offices of
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805