8-25831-1  19071

# LABORERS' PROJECT AGREEMENT

Received JUL 21 2009 Mailroom

The undersigned Employer (Employer) hereby agrees with the Washington and Northern Idaho District Council of Laborers (District Council) and its affiliated local unions (Local Unions) that with respect to all persons performing laborers' work, it will abide by all of the terms and conditions of the area principal agreement (Agreement) and the terms and conditions of all future principal agreements (Successor Agreement) executed by the signatory parties thereto for the following named project(s):

Cedar Hills Area 6 and 7

Therefore, the following principal agreement applies (please check the appropriate agreement):

- [x] **WESTERN AND CENTRAL WASHINGTON INDUSTRY AGREEMENT**
- [ ] **SOUTHWEST WASHINGTON INDUSTRY AGREEMENT**
- [ ] **EASTERN WASHINGTON AND NORTHERN IDAHO INDUSTRY AGREEMENT**

NOTE: The grievance and arbitration procedures of the principal or successor agreement shall apply unless any party seeks redress by legal or economic action or both. Legal proceedings involving the interpretation or application of this Agreement, of the principal agreement or any successor agreement, and all disputes involving subcontracting shall be filed in a court of competent jurisdiction (either state or federal) located in King County, Washington.

**TRUST OBLIGATIONS REAFFIRMED:** The Employer agrees to make contributions to the applicable health and welfare trust fund, pension trust fund, training trust fund, vacation trust fund, and any other trust funds, as specified in the principal and successor agreements. The Employer agrees to abide by all the terms and conditions of the trust agreements creating the trust funds, and any amendments which have been or may be adopted. The Employer accepts as its lawful representatives, the employer trustees and their successors who serve on the trustee boards of the trust funds.

**TERM OF THIS AGREEMENT:** This Project Agreement shall be effective as of the date hereof (unless otherwise specified) and shall continue in effect until the completion of the above named project only. If the Employer signatory hereto uses Laborer employees hired under this project agreement on any other work without obtaining other projects agreements, this project agreement shall be considered a "Compliance Agreement" and all of the terms and conditions therein shall apply to all other work performed by the Employer signatory hereto. The duration of this agreement shall then be the same as the area principal agreement(s) designated above. Further, this agreement shall then continue in full force and effect from year to year thereafter unless either party shall give notice in writing, by certified or registered mail, at least sixty (60) but NOT more than ninety (90) days in advance of such termination date. If a successor principal agreement has not been concluded as of the applicable termination date, the Employer will abide by the most recent principal agreement until a successor principal agreement has been concluded.

Initial: [signature]

**EMPLOYER IS:** [ ] Proprietorship  [ ] Partnership  [x] Corporation  [ ] Joint Venture

WASHINGTON AND NORTHERN IDAHO
DISTRICT COUNCIL OF LABORERS
AND ITS AFFILIATED UNIONS

EMPLOYER: Great Basin Environmental

By: [signature]

Name of Company: GREAT BASIN ENVIRONMENTAL Lauback (Please Print)

Street Address: 2044? Laurick ?  P.O. Box 1136

Agent of Local Union No. 1/410

City: Hermiston  State: OR  Zip Code: 97838 Umatilla, OR 97882

EFFECTIVE DATE: 7-15-09

LICENSE #: GREATBE 959 JF

Phone Number: (541) 564-0810

By: _____
Authorized Representative of the District Council

By: [signature]
Authorized Representative of the Employer

Title: _____

Title: CM

TRUST FUND ADMINISTRATOR COPY

Exhibit A